THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRYSTAL DERBIN | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-00007-SDJ-BD |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 27, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #35), that Defendant Ally Financial, Inc.'s Motion to Compel Arbitration, (Dkt. #21), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motion to Compel Arbitration, (Dkt. #21), is **GRANTED**, and the case against Ally Financial, Inc., is **STAYED** pending arbitration. The parties are **ORDERED** to notify the Court of the outcome of arbitration no later than 30 days after its completion.

**So ORDERED and SIGNED this 30th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE