IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CRYSTAL DERBIN,** § § **Plaintiff,** § § **v.** § § **EXPERIAN INFORMATION SOLUTIONS, INC., and ALLY FINANCIAL, INC.,** § § § § § § **Defendants.** § | Civil Action No. 4:24-cv-00007 |

## NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT AS TO EXPERIAN INFORMATION SOLUTIONS, INC

Plaintiff, Crystal Derbin by and through the undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant Experian Information Solutions, Inc have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: July 30, 2025

Respectfully Submitted,

**FCRA ATTORNEYS**

*/s/ Heather Hersh*
**Heather Hersh**
TX Bar No. 24025426
Shawn Jaffer
TX Bar No. 24107817
5301 Alpha Rd., Suite 80 -5
Dallas, Texas 75240
Phone: (214) 945-0000
Email: settlements@jaffer.law
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on July 30, 2025, to all parties in this matter in a manner approved by the rules.

> */s/ Heather Hersh*
> **Heather Hersh**
> *Attorney for Plaintiff*